# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

April 10, 2001

*Before*

**Hon.** FRANK H. EASTERBROOK, *Circuit Judge*

**Hon.** DIANE P. WOOD, *Circuit Judge*

**Hon.** ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>      Plaintiff-Appellee, <br><br> No. 00-3232          v. <br><br> DEMITRI E. PARKER, <br>      Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] No. 99 CR 40068 <br> ] <br> ] Michael M. Mihm, <br> ]     Judge. |

ORDER

The opinion of this court issued on April 5, 2001, is amended as follows:

> All references to 18 U.S.C. §841(b)(1)(A) should read 21 U.S.C. §841(b)(1)(A).